IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

F I L E D
JAN 0 2 2001
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RUBY THORNTON,     *

      Plaintiff,     *

v.     *    CIVIL ACTION NO.: CV-00-T-1287-N

TRIM LABORATORIES, INC.     *
a division of PL DEVELOPMENTS, and/or
PL DEVELOPMENTS, and/or CORWOOD     *
LABORATORIES, a corporation,
    *

## NOTICE OF FILING

COME NOW Corwood Laboratories, Inc., ("Corwood") and Trim Laboratories, Inc., ("Trim Labs"), and give notice of the filing of the following depositions excerpts and exhibits in support of their joint motion for Summary Judgment:

**I. DEPOSITION EXCERPTS**

1. Depo. of Ruby Thornton, pp. 5, 52-54, 57, 62, 63, 70, 73, 74, 79, 89, 174 and 175.

**II. EXHIBITS**

1. Exhibit "A" - Affidavit of Irwin Thaler

2. Exhibit "B" - Affidavit of Nawab Faridi

3. Exhibit "C" - Corwood's Interrogatories to Plaintiff

4. Exhibit "D" - Plaintiff's answers to Corwood's Interrogatories.

_____
COOPER C. THURBER   THURC4686
S. WESLEY PIPES   PIPES6226
Attorneys for Defendant Corwood
Laboratories, Inc.

OF COUNSEL:
**LYONS, PIPES & COOK, P.C.**
2 North Royal Street
P.O. Drawer 2727
Mobile, AL 36652
(334) 432-4481


_____
FORREST S. LATTA   LATTF0526
Attorney for Trim Laboratories, Inc.

OF COUNSEL
PIERCE, LEDYARD, LATTA & WASDEN, P.C.
P.O. Box 16046
Mobile, AL 36616

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States Mail, properly addressed, and first class postage prepaid on this the 2 day of January, 2001, to the following:

James Harvey Tipler, Esquire
P.O. Box 1397
Andalusia, AL 36420

George Thomas Yearout, Esquire
1500 Irvin Center Drive
Suite 450
Birmingham, Alabama 35242

_____
S. WESLEY PIPES

EXHIBITS TO THIS DOCUMENT NOT SCANNED