IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2001 FEB 28 A 10: 33



RUBY THORNTON,

    Plaintiff,

vs.                                        CASE NUMBER 00-T-1287-N

TRIM LABORATORIES, INC.,
et. al.,

    Defendants.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
## RE: DEFENDANTS' MOTION TO STRIKE

Plaintiff responds to the Motion to Strike the Affidavit of Herbert Bogert filed by Defendants, as follows:

1.    Mr. Bogert's forty-five-plus years of experience in expert testimony dealing with warnings and product safety issues is unquestioned. These qualifications were set forth in the Affidavit and in his *Curriculum Vitae*. He is clearly qualified to deal with product safety issues and warnings. He has so testified in many Courts throughout the nation and his credentials are impeccable.

2.    Defendants complain that his opinions are expressed without personal knowledge. Any expert opinion is based on second-hand knowledge. His opinion was based upon the sworn deposition testimony of the Plaintiff, his personal examination of the product and its warnings labels, with photographs, which have been made admissible by separate Affidavit, of her injuries. This is personal knowledge and no expert will ever have more personal knowledge than what he has

1

40

testified to.

3. Mr. Bogert's opinions are not conclusory. He states that these burns were caused by the products based upon facts set forth in the sworn deposition testimony, his review of the product, and other evidence presented to him.

WHEREFORE, for these reasons, Plaintiff opposes the Motion to Strike the Affidavit of Mr. Bogert.

THE TIPLER LAW FIRM, P. C.

_____
James Harvey Tipler
The Tipler Building
P. O. Box 1397
Andalusia, AL  36420
(334)222-4148
ID# TIP0005

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the following by regular U. S. Mail, postage prepaid, this 27th day of February, 2001:

Cooper C. Thurber, Esq.
S. Wesley Pipes, Esq.
Lyons, Pipes & Cook, P. C.
2 North Royal Street
P. O. Box 2727
Mobile, AL 36652

G. Thomas Yearout, Esq.
Duell, Yearout & Spina, P. C.
1500 Urban Center Drive, Suite 430
Birmingham, AL 35242

James Harvey Tipler